IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    Bridgette Kay Law                           Bankruptcy No. 19-21957-JAD

                  Debtor,
    Bridgette Kay Law,
                                          Chapter 13

                Movants,
                                          Related to Document No.

No Respondent

               Respondent.

CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Amended Chapter 13 Plan dated May 31, 2019 by prepaid first class US mail on May 31, 2019 on the following:

Ronda J Winnecour, Trustee
600 Grant Street
Suite 3250
Pittsburgh, PA  15219

Office of U.S. Trustee
1001 Liberty Ave.
Suite 970, Liberty Center
Pittsburgh, PA  15222

Each and Every Creditor on the
Court's Mailing Matrix (attached)

Dated: 05/31/2019                 /s/: David A Rice, Esq.
                                          Attorney for Debtors
                                          15 West Beau Street
                                          Washington, PA  15301
                                          PA ID# 50329
                                          Ricelaw1@verizon.net
                                          (724) 225-7270

```
Label Matrix for local noticing          PRA Receivables Management, LLC       2
0315-2                                    PO Box 41021                          U.S. Bankruptcy Court
Case 19-21957-JAD                         Norfolk, VA 23541-1021                5414 U.S. Steel Tower
WESTERN DISTRICT OF PENNSYLVANIA                                                600 Grant Street
Pittsburgh                                                                      Pittsburgh, PA 15219-2703
Fri May 31 13:45:02 EDT 2019

Capital One                               Capital One Bank (USA), N.A.         Collection Service / Wash Radiology
Attn: Bankruptcy                          by American InfoSource as agent      Attn: Bankruptcy
Po Box 30285                              PO Box 71083                         Po Box 560
Salt Lake City, UT 84130-0285             Charlotte, NC  28272-1083            New Kensington, PA 15068-0560


Comenity Bank/Peebles                     Comenity Bank/Torrid                 Credit Collections / SW Gastrointestinal
Attn: Bankruptcy                          Po Box 659728                        Attn: Bankruptcy
Po Box 182125                             San Antonio, TX 78265-9728           16 Distributor Drive Ste 1
Columbus, OH 43218-2125                                                        Morgantown, WV 26501-7209


Credit First National Association         Deptartment Store National Bank/Macy's   FedLoan Servicing
Attn: Bankruptcy                          Attn: Bankruptcy                     Attn: Bankruptcy
Po Box 81315                              9111 Duke Boulevard                  Po Box 69184
Cleveland, OH 44181-0315                  Mason, OH 45040-8999                 Harrisburg, PA 17106-9184


Kohls/Capital One                         Northwest Bank                       ONEMAIN
Attn: Bankruptcy                          Attn: Bankruptcy                     P.O. BOX 3251
Po Box 30285                              Po Box 128                           EVANSVILLE, IN 47731-3251
Salt Lake City, UT 84130-0285             Warren, PA 16365-0128


Office of the United States Trustee       OneMain Financial                    Paypal Credit
Liberty Center.                           Attn: Bankruptcy                     P.O. Box 5138
1001 Liberty Avenue, Suite 970            601 Nw 2nd Street                    Lutherville Timonium, MD 21094-5138
Pittsburgh, PA 15222-3721                 Evansville, IN 47708-1013


Pnc Mortgage                              Portfolio Recovery / Comenity Bank   Synchrony Bank
Attn: Bankruptcy                          Po Box 41021                         c/o of PRA Receivables Management, LLC
3232 Newmark Drive                        Norfolk, VA 23541-1021               PO Box 41021
Miamisburg, OH 45342-5433                                                      Norfolk, VA 23541-1021


Synchrony Bank/Amazon                     Synchrony Bank/Gap                   Target
Attn:  Bankruptcy                         Attn:  Bankruptcy Dept               Attn: Bankruptcy
Po Box 965060                             Po Box 965060                        Po Box 9475
Orlando, FL 32896-5060                    Orlando, FL 32896-5060               Minneapolis, MN 55440-9475


U.S. Department of Education              Vito Dentino Agency LLC              Wells Fargo Dealer Services
Ecmc/Bankruptcy                           321 Third Street                     Attn: Bankruptcy
Po Box 16408                              California, PA 15419-1133            Po Box 19657
Saint Paul, MN 55116-0408                                                      Irvine, CA 92623-9657


Bridgette Kay Law                         David A. Rice                        Ronda J. Winnecour
435 Second Street                         Rice & Associates Law Firm           Suite 3250, USX Tower
Donora, PA 15033-1436                     15 West Beau Street                  600 Grant Street
                                          Washington, PA 15301-6805            Pittsburgh, PA 15219-2702
```

Scott R. Lowden
Nicotero & Lowden PC
3948 Monroeville Blvd., Suite 2
Monroeville, PA 15146-2437

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PNC BANK NATIONAL ASSOCIATION

End of Label Matrix
Mailable recipients    30
Bypassed recipients     1
Total                  31