IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                   Bankruptcy Case No. 19-21957-JAD
Bridgette Law,                                           Chapter 13

                Debtor,
Bridgette Law,


                Movant,
        v

No Respondent.

**NOTICE OF CHANGE OF DEBTOR'S ADDRESS**


Debtors' former mailing address:

  Bridgette Law
  435 Second Street
  Donora, PA  15033


Debtors' current and future address:

  Bridgette Law
  83 A Circle Road
  Daisytown, PA  15427


Dated: 06/13/2019                    /s/: David A. Rice, Esq.
                                     Attorney for Debtor(s)
                                     15 West Beau Street
                                     Washington, PA  15301
                                     ricelaw1@verizon.net
                                     724-225-7270
                                     PA ID 50329