**Form 132**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | 40 |
| **WESTERN DISTRICT OF PENNSYLVANIA** | lfin |

In re:     Bankruptcy Case No.: 19–21957–JAD

Chapter: 7

**Bridgette Kay Law**
  Debtor(s)

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
## AND DETERMINATION OF TRUSTEE BOND

   Pamela J. Wilson is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

   In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

 Dated: 10/17/19                                                          **Andrew R. Vara**
                                                                          Acting United States Trustee

                                                                          **Joseph S. Sisca**
                                                                          Assistant United States Trustee
                                                                          Western District of Pennsylvania

---

I Pamela J. Wilson, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                                          Pamela J. Wilson

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-21957-JAD
Bridgette Kay Law                                                       Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: lfin    Page 1 of 1    Date Rcvd: Oct 17, 2019
                             Form ID: 132    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2019.
tr             +Pamela J. Wilson,    810 Vermont Avenue,    Pittsburgh, PA 15234-1222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

       \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2019 at the address(es) listed below:
      David A. Rice    on behalf of Debtor Bridgette Kay Law ricelaw1@verizon.net,    lowdenscott@gmail.com
      James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Pamela J. Wilson    pwilson@pjwlaw.net,    pwilson@ecf.axosfs.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Scott R. Lowden    on behalf of Debtor Bridgette Kay Law niclowlgl@comcast.net
                                                                                                  TOTAL: 6