**Form 143**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Bridgette Kay Law**
   Debtor(s)

Bankruptcy Case No.: 19–21957–JAD

Chapter: 7
Docket No.: 39 – 38, 38

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

    Ronda J Winnecour has been removed as trustee from this case and will not receive any future notifications.

    The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: October 17, 2019

Michael R. Rhodes
Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 19-21957-JAD
Bridgette Kay Law                                                                       Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin            Page 1 of 1        Date Rcvd: Oct 17, 2019
                          Form ID: 143          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2019.
tr             +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2019 at the address(es) listed below:
      David A. Rice    on behalf of Debtor Bridgette Kay Law ricelaw1@verizon.net, lowdenscott@gmail.com
      James   Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Pamela J. Wilson    pwilson@pjwlaw.net, pwilson@ecf.axosfs.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Scott R. Lowden    on behalf of Debtor Bridgette Kay Law niclowlgl@comcast.net
                                                                                                                                  TOTAL: 6