| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Bridgette Kay Law** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | **xxx–xx–8905** |
| | | EIN  _ _–_ _ _ _ _ _ _ | |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ | |
| | | EIN  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter **13** | **5/14/19** |
| Case number: | **19–21957–JAD** | Date case converted to chapter **7** | **10/17/19** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Bridgette Kay Law | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 83 A Circle Road <br> Daisytown, PA 15427 | |
| 4. | **Debtor's attorney** <br> Name and address | David A. Rice <br> Rice & Associates Law Firm <br> 15 West Beau Street <br> Washington, PA 15301 | Contact phone 724–225–7270 <br><br> Email:  ricelaw1@verizon.net |
| 5. | **Bankruptcy trustee** <br> Name and address | Pamela J. Wilson <br> 810 Vermont Avenue <br> Pittsburgh, PA 15234 | Contact phone 412–341–4323 <br><br> Email:  pwilson@pjwlaw.net |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 10/17/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 18, 2019 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Room 103, 100 W. Beau Street, Washington, PA 15301** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/17/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/26/19**<br><br>**Filing deadline: 11/12/19** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                                  Case No. 19-21957-JAD
Bridgette Kay Law                                                       Chapter 7
          Debtor
                               CERTIFICATE OF NOTICE
District/off: 0315-2          User: lfin                  Page 1 of 2                  Date Rcvd: Oct 17, 2019
                              Form ID: 309B               Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2019.
db             Bridgette Kay Law,    83 A Circle Road,    Daisytown, PA 15427
aty           +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541
aty           +Scott R. Lowden,    Nicotero & Lowden PC,    3948 Monroeville Blvd., Suite 2,
                Monroeville, PA 15146-2437
15051856      +Collection Service / Wash Radiology,    Attn: Bankruptcy,    Po Box 560,
                New Kensington, PA 15068-0560
15051859      +Credit Collections / SW Gastrointestinal,    Attn: Bankruptcy,    16 Distributor Drive Ste 1,
                Morgantown, WV 26501-7209
15051861      +Deptartment Store National Bank/Macy’s,    Attn: Bankruptcy,    9111 Duke Boulevard,
                Mason, OH 45040-8999
15051862      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
15051863      +Kohls/Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15051864      +Northwest Bank,    Attn: Bankruptcy,    Po Box 128,    Warren, PA 16365-0128
15076617      +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
15051867      +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
15051868      +Portfolio Recovery / Comenity Bank,    Po Box 41021,    Norfolk, VA 23541-1021
15092587       U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                Harrisburg, PA 17106-9184
15088265       UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15051873      +Vito Dentino Agency LLC,    321 Third Street,    California, PA 15419-1133
15077874      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: ricelaw1@verizon.net Oct 18 2019 03:22:10      David A. Rice,
                Rice & Associates Law Firm,    15 West Beau Street,    Washington, PA 15301
tr            +EDI: QPJWILSON.COM Oct 18 2019 06:53:00      Pamela J. Wilson,    810 Vermont Avenue,
                Pittsburgh, PA 15234-1222
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2019 03:22:43      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA 17128-0946
ust           +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Oct 18 2019 03:22:46
                Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                Pittsburgh, PA 15222-3721
cr            +EDI: PRA.COM Oct 18 2019 06:53:00      PRA  Receivables Management LLC,    POB 41067,
                Norfolk, VA 23541-1067
cr            +EDI: PRA.COM Oct 18 2019 06:53:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
15088504       EDI: CRFRSTNA.COM Oct 18 2019 06:53:00      CREDIT FIRST NA,    PO BOX 818011,
                CLEVELAND, OH 44181-8011
15051855      +EDI: CAPITALONE.COM Oct 18 2019 06:53:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
15060236       EDI: CAPITALONE.COM Oct 18 2019 06:53:00      Capital One Bank (USA), N.A.,
                by American InfoSource as agent,    PO Box 71083,    Charlotte, NC  28272-1083
15051857      +EDI: WFNNB.COM Oct 18 2019 06:53:00      Comenity Bank/Peebles,    Attn: Bankruptcy,
                Po Box 182125,    Columbus, OH 43218-2125
15051858      +EDI: WFNNB.COM Oct 18 2019 06:53:00      Comenity Bank/Torrid,    Po Box 659728,
                San Antonio, TX 78265-9728
15051860      +EDI: CRFRSTNA.COM Oct 18 2019 06:53:00      Credit First National Association,
                Attn: Bankruptcy,    Po Box 81315,    Cleveland, OH 44181-0315
15091940       EDI: Q3G.COM Oct 18 2019 06:53:00      Department Stores National Bank,    c/o Quantum3 Group LLC,
                PO Box 657,    Kirkland, WA 98083-0657
15057319       EDI: AGFINANCE.COM Oct 18 2019 06:53:00      ONEMAIN,    P.O. BOX 3251,
                EVANSVILLE, IN 47731-3251
15051865      +EDI: AGFINANCE.COM Oct 18 2019 06:53:00      OneMain Financial,    Attn: Bankruptcy,
                601 Nw 2nd Street,    Evansville, IN 47708-1013
15087791       EDI: PRA.COM Oct 18 2019 06:53:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                Norfolk, VA 23541
15091833       EDI: PRA.COM Oct 18 2019 06:53:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
15051866      +EDI: RMSC.COM Oct 18 2019 06:53:00      Paypal Credit,    P.O. Box 5138,
                Lutherville Timonium, MD 21094-5138
15087556       EDI: Q3G.COM Oct 18 2019 06:53:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                PO Box 788,    Kirkland, WA 98083-0788
15052526      +EDI: RMSC.COM Oct 18 2019 06:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
15089539      +EDI: RMSC.COM Oct 18 2019 06:53:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk VA 23541-1021
15051869      +EDI: RMSC.COM Oct 18 2019 06:53:00      Synchrony Bank/Amazon,    Attn: Bankruptcy,
                Po Box 965060,    Orlando, FL 32896-5060
15051870      +EDI: RMSC.COM Oct 18 2019 06:53:00      Synchrony Bank/Gap,    Attn: Bankruptcy Dept,
                Po Box 965060,    Orlando, FL 32896-5060
15051871      +EDI: WTRRNBANK.COM Oct 18 2019 06:53:00      Target,    Attn: Bankruptcy,    Po Box 9475,
                Minneapolis, MN 55440-9475
```

```
District/off: 0315-2          User: lfin                Page 2 of 2              Date Rcvd: Oct 17, 2019
                              Form ID: 309B             Total Noticed: 42

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15051872       +EDI: ECMC.COM Oct 18 2019 06:53:00      U.S. Department of Education,    Ecmc/Bankruptcy,
                 Po Box 16408,    Saint Paul, MN 55116-0408
15051874       +EDI: WFFC.COM Oct 18 2019 06:53:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
                 Po Box 19657,    Irvine, CA 92623-9657
                                                                                               TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL   ASSOCIATION
                                                                                     TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2019 at the address(es) listed below:
              David A. Rice    on behalf of Debtor Bridgette Kay Law ricelaw1@verizon.net,    lowdenscott@gmail.com
              James   Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Pamela J. Wilson    pwilson@pjwlaw.net,    pwilson@ecf.axosfs.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Debtor Bridgette Kay Law niclowlgl@comcast.net
                                                                                               TOTAL: 6
```