**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> BRIDGETTE KAY LAW <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:19-21957 JAD <br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 05/14/2019 and confirmed on 06/13/2019. The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 1,560.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 1,555.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 659.68 | |
|    Trustee Fee | 56.64 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 716.32 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 838.68 | 0.00 | 838.68 |
|     Acct: 3212 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7745 | | | | |
| | | | | 838.68 |
| **Priority** | | | | |
|   DAVID A RICE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIDGETTE KAY LAW | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 4,500.00 | 659.68 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 1,500.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIDGETTE KAY LAW | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |

\* \* \* N O N E \* \* \*

| 19-21957 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, Acct: 6548 | 2,270.34 | 0.00 | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC Acct: GCDF | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COMENITY Acct: 0573 | 821.71 | 0.00 | 0.00 | 0.00 |
| COMENITY BANK Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT COLLECTIONS USA Acct: 9701 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT FIRST NA* Acct: 8905 | 970.47 | 0.00 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BANK Acct: 1205 | 1,051.04 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION Acct: 8905 | 8,812.08 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE** Acct: 8635 | 0.00 | 0.00 | 0.00 | 0.00 |
| NORTHWEST BANK* Acct: 3485 | 2,213.17 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC - A Acct: 0242 | 5,816.57 | 0.00 | 0.00 | 0.00 |
| PAYPAL CREDIT Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC Acct: 6150 | 375.42 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK Acct: 5122 | 1,143.32 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK Acct: 7781 | 823.58 | 0.00 | 0.00 | 0.00 |
| TNB VISA Acct: 3123 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION** Acct: 5489 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION** Acct: 5483 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION** Acct: 6446 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION** Acct: 6453 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION** Acct: 6436 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION** Acct: 6459 | 0.00 | 0.00 | 0.00 | 0.00 |
| VITO DENTINO AGENCY LLC Acct: 5099 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE** Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK Acct: 5122 | 0.00 | 0.00 | 0.00 | 0.00 |
| ANTHONY LAW Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| OLIVIA LAW Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES C WARMBRODT ESQ Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES Acct: 8905 | 439.04 | 0.00 | 0.00 | 0.00 |

| 19-21957 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | * * * N O N E * * * | | | |

| | | | |
|---|---|---|---|
| TOTAL PAID TO CREDITORS | | | 838.68 |
| TOTAL CLAIMED | | | |
| PRIORITY | 0.00 | | |
| SECURED | 0.00 | | |
| UNSECURED | 24,736.74 | | |

Date: 10/25/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com