**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Bridgette Kay Law** | Social Security number or ITIN **xxx–xx–8905** |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **19–21957–JAD**

# Order of Discharge           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Bridgette Kay Law

<u>1/22/20</u>                              **By the court:**  <u>Jeffery A. Deller</u>
                                                       United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318              **Order of Discharge**              page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 19-21957-JAD
Bridgette Kay Law                                                                         Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin              Page 1 of 2              Date Rcvd: Jan 22, 2020
                              Form ID: 318             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
```
db              Bridgette Kay Law,    83 A Circle Road,   Daisytown, PA 15427
15051856       +Collection Service / Wash Radiology,    Attn: Bankruptcy,    Po Box 560,
                 New Kensington, PA 15068-0560
15051859       +Credit Collections / SW Gastrointestinal,    Attn: Bankruptcy,    16 Distributor Drive Ste 1,
                 Morgantown, WV 26501-7209
15051861       +Deptartment Store National Bank/Macy’s,    Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
15051862       +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,   Harrisburg, PA 17106-9184
15051863       +Kohls/Capital One,    Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
15051864       +Northwest Bank,    Attn: Bankruptcy,    Po Box 128,   Warren, PA 16365-0128
15076617       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
15051867       +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,   Miamisburg, OH 45342-5433
15051868       +Portfolio Recovery / Comenity Bank,    Po Box 41021,   Norfolk, VA 23541-1021
15092587        U.S. Department of Education,    c/o FedLoan Servicing,   P.O. Box 69184,
                 Harrisburg, PA 17106-9184
15088265        UPMC Physician Services,    PO Box 1123,   Minneapolis, MN 55440-1123
15051873       +Vito Dentino Agency LLC,    321 Third Street,   California, PA 15419-1133
15077874       +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,   Raleigh NC 27605-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 23 2020 04:11:26      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
cr             +EDI: PRA.COM Jan 23 2020 08:43:00      PRA Receivables Management LLC,    POB 41067,
                 Norfolk, VA 23541-1067
cr             +EDI: PRA.COM Jan 23 2020 08:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15088504        EDI: CRFRSTNA.COM Jan 23 2020 08:43:00      CREDIT FIRST NA,   PO BOX 818011,
                 CLEVELAND, OH 44181-8011
15051855       +EDI: CAPITALONE.COM Jan 23 2020 08:43:00      Capital One,   Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
15060236        EDI: CAPITALONE.COM Jan 23 2020 08:43:00      Capital One Bank (USA), N.A.,
                 by American InfoSource as agent,    PO Box 71083,   Charlotte, NC 28272-1083
15051857       +EDI: WFNNB.COM Jan 23 2020 08:43:00      Comenity Bank/Peebles,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
15051858       +EDI: WFNNB.COM Jan 23 2020 08:43:00      Comenity Bank/Torrid,    Po Box 659728,
                 San Antonio, TX 78265-9728
15051860       +EDI: CRFRSTNA.COM Jan 23 2020 08:43:00      Credit First National Association,
                 Attn: Bankruptcy,    Po Box 81315,   Cleveland, OH 44181-0315
15091940        EDI: Q3G.COM Jan 23 2020 08:43:00      Department Stores National Bank,    c/o Quantum3 Group LLC,
                 PO Box 657,    Kirkland, WA 98083-0657
15057319        EDI: AGFINANCE.COM Jan 23 2020 08:43:00      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
15051865       +EDI: AGFINANCE.COM Jan 23 2020 08:43:00      OneMain Financial,    Attn: Bankruptcy,
                 601 Nw 2nd Street,    Evansville, IN 47708-1013
15087791        EDI: PRA.COM Jan 23 2020 08:43:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
15091833        EDI: PRA.COM Jan 23 2020 08:43:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
15051866       +EDI: RMSC.COM Jan 23 2020 08:43:00      Paypal Credit,   P.O. Box 5138,
                 Lutherville Timonium, MD 21094-5138
15087556        EDI: Q3G.COM Jan 23 2020 08:43:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
15052526       +EDI: RMSC.COM Jan 23 2020 08:43:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15089539       +EDI: RMSC.COM Jan 23 2020 08:43:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
15051869       +EDI: RMSC.COM Jan 23 2020 08:43:00      Synchrony Bank/Amazon,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
15051870       +EDI: RMSC.COM Jan 23 2020 08:43:00      Synchrony Bank/Gap,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
15051871       +EDI: WTRRNBANK.COM Jan 23 2020 08:43:00      Target,    Attn: Bankruptcy,   Po Box 9475,
                 Minneapolis, MN 55440-9475
15051872       +EDI: ECMC.COM Jan 23 2020 08:43:00      U.S. Department of Education,    Ecmc/Bankruptcy,
                 Po Box 16408,    Saint Paul, MN 55116-0408
15051874       +EDI: WFFC.COM Jan 23 2020 08:43:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
                 Po Box 19657,    Irvine, CA 92623-9657
                                                                                              TOTAL: 23
```

```
District/off: 0315-2          User: admin              Page 2 of 2          Date Rcvd: Jan 22, 2020
                              Form ID: 318             Total Noticed: 37

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL   ASSOCIATION
                                                                       TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2020 at the address(es) listed below:
          David A. Rice    on behalf of Debtor Bridgette Kay Law ricelaw1@verizon.net, lowdenscott@gmail.com
          James  Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Pamela J. Wilson    pwilson@pjwlaw.net,  pwilson@ecf.axosfs.com
          Scott R. Lowden    on behalf of Debtor Bridgette Kay Law niclowlgl@comcast.net
                                                                            TOTAL: 5
```